```
 1  Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, CA  94111-4067
 4  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 5
    Attorneys for Defendant
 6  Intel Corporation
 7
```

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MAJOR LEAGUE SOFTBALL, INC., on behalf of itself and all others similarly situated, | No. C-05-2831-MHP |
| 13 | STIPULATION AND [PROPOSED] |
| 14  Plaintiffs, v. | ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |
| 15  INTEL CORPORATION, a Delaware corporation, | |
| 16 | |
| 17  Defendant. | |

18      IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

19  COUNSEL AS FOLLOWS:

20      Pursuant to Civil Local Rule 6-2, Plaintiffs Major League Softball, Inc. and

21  Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiffs'

22  complaint shall be due either 60 days after transfer of the above captioned case pursuant to any

23  motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the

24  alternative, 45 days after any such motion has been denied.  The parties request this transfer

25  because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July

26

1  5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings

2  per 28 U.S.C. Section 1407, and the above-styled action has been identified as a related action to

3  that petition. As a result, the outcome of the pending petition will impact significantly the

4  schedule of this case.

5        This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July __, 2005

8

9                  Bingham McCutchen LLP

10

11

12            By:_____
                   JOY K. FUYUNO
                  Attorneys for Defendant

13                  Intel Corporation

14

15

16                  Saveri & Saveri, Inc.

17

18            By:_____
                 R. ALEXANDER SAVERI

19                  Attorneys for Plaintiffs
                 Major League Softball, Inc.

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627618.1

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge