1  5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings

2  per 28 U.S.C. Section 1407, and the above-styled action has been identified as a related action to

3  that petition. As a result, the outcome of the pending petition will impact significantly the

4  schedule of this case.

5        This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July 20, 2005

8

9                          Bingham McCutchen LLP

10

11

12                  By: _____
                        JOY K. FUYUNO
                      Attorneys for Defendant

13                          Intel Corporation

14

15

16                          Saveri & Saveri, Inc.

17

18                  By: _____
                        R. ALEXANDER SAVERI

19                          Attorneys for Plaintiffs
                        Major League Softball, Inc.

20

21

22

23