| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, California  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| 5 | Attorneys for Defendant |
| | Intel Corporation |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |
| 11 | |

| | | |
|---|---|---|
| 12 | MAJOR LEAGUE SOFTBALL, INC., on behalf of itself and all others similarly situated | No. 05-2831 |
| 13 | | DEFENDANT INTEL |
| 14 | Plaintiff, v. | CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| 15 | INTEL CORPORATION, | |
| 16 | Defendant. | |

SF/21633118.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1  Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2  that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there is no such interest to report.
5  DATED: August 26, 2005

BINGHAM McCUTCHEN LLP

By: /s/ *Joy K. Fuyuno*
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

SF/21633118.1

2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT