BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJOR LEAGUE SOFTBALL, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>                    Defendant. | No. C-05-2831-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** |

WHEREAS, on July 12, 2005, Plaintiff filed the instant action in the Northern District of California ("Major League Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Major League Action has been identified as a related action subject to that motion;

1   WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2   relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3   all dates, events and deadlines in the action;
4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5   WHEREAS, the outcome of the MDL Motion will impact significantly the
6   schedule of this case;
7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Plaintiff Major League, and counsel for Defendant Intel Corporation,
9   that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12  applicable to this case should be stayed pending the outcome of the aforementioned MDL
13  Motion; and
14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.
19  IT IS HEREBY STIPULATED.
20  Dated: October 28, 2005                SAVERI & SAVERI
21
22                                          By:     /s/ *R. Alexander Saveri*
                                                  R. Alexander Saveri
23                                                Attorneys for Plaintiff
                                                  Major League Baseball, Inc.
24
25
26

| | | |
|---|---|---|
| 1 | Dated: October 28, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ *Joy K. Fuyuno*_____ |
| | | Joy K. Fuyuno |
| | | Attorneys for Defendant |
| 4 | | Intel Corporation |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SF/21642100.1     3     Case No. C 05-2831 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

**1  [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
     PENDING THE OUTCOME OF THE MDL MOTION**

**2**

3   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5   and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6   management order applicable to this case are hereby stayed pending the outcome of the motion

7   to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8   Upon the determination of the MDL Motion, if it is necessary for the Court to

9   reschedule a case management conference, the parties shall adjust the dates for any conference,

10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11  and 26 accordingly.

12  The parties shall notify the Clerk of Court within 10 days of the decision on the

13  MDL Motion.

14  **IT IS SO ORDERED.**

15  Dated:_____       _____

16                                                       Honorable Marilyn H. Patel
                                                         United States District Court Judge

17

18

19

20

21

22

23

24

25

26